No. 80–1425.  WEISENSEE v. SUPREME COURT OF SOUTH DAKOTA.  Sup. Ct. S. D.  Certiorari denied.

No. 80–1427.  DIZAK ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 80–1455.  COTTON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 80–1459.  GREEN v. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 6th Cir.  Certiorari denied.

No. 80–1467.  PALADINO v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 80–1475.  HORTON ET VIR v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 80–1493.  CHAGRA v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 80–5884.  DAVIS v. OREGON.  Ct. App. Ore.  Certiorari denied.

No. 80–5916.  SPENCER v. ISRAEL, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 80–5932.  HINKLE v. MUNICIPALITY OF ANCHORAGE. Sup. Ct. Alaska.  Certiorari denied.

No. 80–5966.  ILLSLEY v. UNITED STATES PAROLE AND PROBATION DEPARTMENT ET AL.  C. A. 1st Cir.  Certiorari ·denied.

No. 80–6008.  GRAY v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.